## People of State of Illinois on Relation of Leo Slutzkin, Appellee, v. Village of Lincolnwood, Appellant.

### Gen. No. 45,631. 

 William L.
Kelley, for appellant; Hugh M. Matchett, of counsel; Jacob Shamberg, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed March 31, 1952; rehearing denied April 28, 1952; released for publication April 28, 1952.

## Augustus L. Williams, Appellant, v. Metropolitan Casualty Insurance Company of New York, Appellee.

### Gen. No. 45,697. 

 E. C. Frank Meier, for appellant; Augustus L. Williams, of counsel; Samuel Levin, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed March 31, 1952; released for publication April 28, 1952.